

# Fourth Court of Appeals
## San Antonio, Texas

November 2, 2015

No. 04-15-00513-CR

Edward **HOUSTON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR7827
Honorable Kevin M. O'Connell, Judge Presiding

# O R D E R

On October 2, 2015, Richard B. Dulany Jr. filed a motion that included, *inter alia*, a request to withdraw as appellate counsel. After this court received a designation of new lead counsel from the Bexar County Public Defender's Office, on October 8, 2015, we granted Mr. Dulany's motion to withdraw.

On October 20, 2015, Mr. Dulany filed a motion to reconsider the order granting his motion to withdraw. He notes that Appellant's October 12, 2015 affidavit requests that Mr. Dulany continue as Appellant's court-appointed counsel. Mr. Dulany reurged his motion for this court to remand this matter to the trial court for it to consider his motion.

"'A defendant does not have the right to choose appointed counsel . . . .'" *Whitney v. State*, 396 S.W.3d 696, 700 (Tex. App.—Fort Worth 2013, pet. ref'd) (quoting *Maes v. State*, 275 S.W.3d 68, 71 (Tex. App.—San Antonio 2008, no pet.)). The Bexar County Public Defender's office has Appellant's file and has indicated it will pursue the appeal.

The motion for reconsideration is DENIED.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of November, 2015.



Keith E. Hottle
Clerk of Court